IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-241-2-BO

| | | |
|---|---|---|
| STACY WINSTON, | ) | |
|       Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|       Respondent. | ) | |
| | ) | |

This matter is before the Court on defendant's pro se motion to terminate his supervised release. The motion is GRANTED.

Defendant requests early termination, claiming he has held steady employment, has no infractions technical or otherwise, has served over three years of his five years of supervised release, and has satisfied his financial obligations, including restitution, in full. Defendant's Probation Officer supports the early termination. The officer cites defendant's time served, steady employment, lack of violations, and satisfaction of financial obligations. After considering the factors set forth in 18 U.S.C. § 3564(c), the Court GRANTS defendant's request for early termination.

SO ORDERED, this _18_ day of September, 2013.

*/s/ Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE